IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTHONY J. LEE,** | CIV S-06-1290 FCD DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **TOM CAREY, et al.,** | |
| Respondents. | |

Good cause appearing, IT IS HEREBY ORDERED THAT Respondents' July 18, 2006 request for enlargement of time is granted and Respondents' response to Petitioner's Petition for Writ of Habeas Corpus shall be filed on or before August 18, 2006.

DATED: July 20, 2006.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/lee1290.extresp