IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY J. LEE,

      Petitioner,                    No. CIV S-06-1290 FCD DAD P

   vs.

D.K. SISTO, et al.,

      Respondents.              ORDER

_____/

      Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On October 23, 2006, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty days.  Petitioner has not filed objections to the findings and recommendations.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/////

/////

1

1   Accordingly, IT IS HEREBY ORDERED that:

2   1. The findings and recommendations filed October 23, 2006, are adopted in full;

3   2. Respondents' August 18, 2006 motion to dismiss is granted;

4   3. Petitioner's September 18, 2006 request for stay is denied; and

5   4. This action is dismissed without prejudice because the application for a writ of habeas corpus raises only an unexhausted claim.

DATED: November 28, 2006

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE